# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   TRACY J. WILLIAMS,  | Bankruptcy Case No: 06-12880 |
|  | Chapter: 13 |
| Debtor, | Judge William C. Hillman |

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B., and IndyMac Federal Bank, F.S.B. (FDIC), and states that as a result of (1) Proof of Claim # 1, as amended and transferred; (2) the Amended Plan as Approved (See Docket Nos. 178 and 188), together with the Settlement Agreement entered into herein in relation to Adversary Case Nos. 06-01409 and 06-01411 (See Docket Nos. 157 and 170), Deutsche Bank National Trust Company, as Trustee, became entitled to Fourteen Thousand Seven Hundred and Thirty-Six and 2/100 dollars ($14,736.02) in Plan Funds being held by the Chapter 13 Trustee.

Further, that on September 7, 2009, the Chapter 13 Trustee executed a check payable to IndyMac Bank, F.S.B. in the amount of Fourteen Thousand Seven Hundred and Thirty-Six and 2/100 dollars ($14,736.02), which check was forwarded to the undersigned for delivery. See Exhibit "A" hereto.

Further, that on October 14, 2009, the aforesaid check was forwarded to IndyMac Mortgage Services, a Division of OneWest Bank, FSB (OneWest is the Successor in Interest to IndyMac Federal Bank, F.S.B.  IndyMac Federal Bank, F.S.B., is the Successor in Interest to IndyMac Bank, F.S.B.)  See Exhibit "A."

Further, that due to the fact that the Settlement Agreement resulting in the payment of the aforesaid funds by the Chapter 13 Trustee was still being executed by several of the parties and the further fact that one of the parties was itself in Bankruptcy (namely, Accredited Home

1

Lenders, Inc.) (See Docket Nos. 197, 200, 230 & 234), the Trustee's check was not timely deposited by OneWest.

Thus, as a result of OneWest's failure to timely deposit the Trustee's check, the check was voided and the funds have now been delivered to the Clerk of the Court as unclaimed.

WHEREFORE, FDIC moves the Court for an order directing payment of the unclaimed funds in the amount of Fourteen Thousand Seven Hundred and Thirty-Six and 2/100 dollars ($14,736.02), said payment to be made to OneWest Bank, FSB, c/o Petitioner's Counsel of Record.

Dated: January 18, 2010.                    Respectfully submitted,

                                            Federal Deposit Insurance Corporation, as
                                            Receiver for IndyMac Bank, F.S.B., and
                                            IndyMac Federal Bank, F.S.B.
                                            By Its Attorneys
                                            ABLITT LAW OFFICES, P.C.


                                            /s/ Walter H. Porr, Jr., Esq.
                                            Walter H. Porr, Jr., Esq.
                                            BBO # 659462
                                            304 Cambridge Road
                                            Woburn, MA 01801
                                            781-246-8995
                                            wporr@acdlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing Petition for Payment of Unclaimed Funds electronically via CM/ECF.


Dated: January 18, 2010.                    /s/ Walter H. Porr, Jr., Esq.
                                            Walter H. Porr, Jr., Esq.

2